# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 99-120 -BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| GLENN ALLAN NELSON, | |
| Defendants. | |

The government has filed an unopposed motion to dismiss the petition to revoke supervised release (Doc. 197) in above-captioned matter. The motion is unopposed. The government notes that Nelson's term of supervised release expired on May 9, 2022, and his petition to revoke is moot. Nelson is still subject to a pending revocation of conditional release, pursuant to 18 U.S.C. § 4248(f), in the Eastern District of North Carolina. (Doc. 197 at 1)

Therefore, for good cause shown,

**IT IS HEREBY ORDERED** that the petition to revoke supervised release (Doc. 188) is **DISMISSED** and the final revocation hearing set for Monday, September 19, 2022 at 10:30 am is **VACATED**.

1

**IT IS FURTHER ORDERED** that Nelson's supervised release in the above-captioned matter is hereby deemed expired as of May 9, 2022.

**IT IS FURTHER ORDERED** that Nelson remain detained under the custody of the United States Marshals Service and transferred to the District of North Carolina pending his revocation of conditional discharge in *United States v. Glenn Nelson*, 5:16-HC-2280-M (ED N.C.).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 1st day of September, 2022.

                                              SUSAN P. WATTERS
                                              United States District Judge